UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK       **13 CV 4311**

William Maisonette
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Donald Trump,
Alexis Maisonette
Nelida Maisonette
Jennie Maisonette, Troncoso
Rosa Troncoso
Pupi Troncoso
Sofia Maisonette Clark
Lillian Rodriguez
Floridan Nursing Home

Jury Trial: ✓ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
JUN 20 2013
PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   William Maisonette
            Street Address   2020 Davidson Avenue, Apt. 2-B
            County, City   Bronx, N.Y.
            State & Zip Code   New York 10453
            Telephone Number  1-917-663-0688,        1-718-299-2806

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Donald Trump; Owner & Director.
                  Street Address   Grand Hyatt Hotel; 42 Street & Lex. Avenue.

*Rev. 05/2010*

County, City __"NEW YORK" PARK AVE AT GRAND-CENTR__
State & Zip Code __NEW YORK CITY;__
Telephone Number __212-883-1234__

Defendant No. 2   Name __ALEXIS MAISONETTE - 50 Rosevelt dRive.__
Street Address __FAULT-HANDWRITISON: GARNERVILLE N.Y 10993__
County, City __GARNERVILLE, N.Y. 10993-7021"16__
State & Zip Code __GARNERVILLE, N.Y. 10923-0221__
Telephone Number __WEST HAVERSTRAW, 112 Rosevelt Blvd. N.Y.__

Defendant No. 3   Name __Nelida Maisonette: ex-wiFe__
Street Address __94 Street & First Ave. PRoject. Tallest Bui About 20 Fl__
County, City __FAULT-HANDWRITING. SignatuReS.__
State & Zip Code __New York City, 10029: My wallets with I.D__
Telephone Number _____

Defendant No. 4   Name __Jennie, Maisonette, TRONCOSO__
Street Address __455 East 138 Street Apt. 3-M__
County, City __BRONX N.Y. 10454__
State & Zip Code __BRONX, N.Y. (10029) 10454__
Telephone Number __1-718-585-8149__

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions            ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __WHY WAS my ReTirement Pension Money; WAS Taken Away FRom my pension oR Retirement; AFteR 25 Years, getting it. I donE Nothing To get iT Taken From Donald TRump did not give The money; iT WAS NURSiNg HoM__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York City: My Housing Apartment by my son Alexis Mother Also Said I was Selected in A Party. It was To Take every From me; my disability check; check; 1988;

B. What date and approximate time did the events giving rise to your claim(s) occur? 1988: Just After my Mother die. I'll Reveal wh Happened To A Judge. Thank you. Only To A judge.

**What happened to you?**

C. Facts: My Pension or Retirement Checks was Taken Away, From Nursing Home; disability check. disability Check and Food Stamps was Taken by Donald Trum disability check was given To me by Nursing Home, Not Donald Tr

**Who did what?**

Donald Trump And Alexis Maisonette my ex wife Nelida – Maisonette. She got two /personality, she Hate me, And she show me Another personality when I'm There.

**Was anyone else involved?**

Yes; Sofia, Alexis Maisonette Wife: Sofia Clark, Type And Tell Alexis what To do. He Never worked For Nursing Home. or Hohtel.

**Who else saw what happened?**

Lillian Rodriguez: was The one who bought me The poison drink: or punch.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. None, because what I did Took The Pain Away. And what I Felt was, stabs would coming out of my stomack. Like Ice pick coming out my stomack. Hordan Nursing Home gave me The disability Check And Papers, Not Dondard Trump. Donald Trump.

Rev. 05/2010

V. **Relief:**

Reach: me At Baily House, 1751 Park Ave. 3 Floor N.Y.C. 10035, N.Y. Tele 1-212-633-250

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. A CAR EVERY YEAR; my disability Checks From Day 1. And Never Again Take my disability Checks From me. Also my Foods Stamps. Enough Money For A Vacation; Ten – 10,000 Thought dollars: Ten Thousand dollars!

I Like To give $50,000 To Children Cancer Reserve Cen Thank you sir.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of JUNE, 2013

Signature of Plaintiff: William Maisonette

Mailing Address: 2020 Davidson Avenue, Apt. R, Bronx, N.Y. 10453

Telephone Number: 1-718-299-2806

Fax Number (if you have one): _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*